**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 6:13-cv-1147-Orl-37KRS

2003 SOCATA TBM 700 BEARING U.S.
REGISTRATION N6720Y,

    Defendant.

---

### DEFAULT JUDGMENT OF FORFEITURE

On May 28, 2014, the Court granted the United States' Motion for Default Judgment of Forfeiture. (*See* Doc. 14.) Accordingly, being fully advised of the premises, it is hereby **ORDERED AND ADJUDGED** that all right, title, and interest in the Defendant Aircraft, a **2003 Socata TBM 700 Bearing U.S. Registration N6720Y**, is hereby **FORFEITED** to the United States of America, pursuant to 21 U.S.C. § 881(a)(6), Federal Rule of Civil Procedure 55(b)(2), and Local Admiralty Rule 7.03(i)(1). Clear title to the Defendant Aircraft is vested in the United States of America for disposition according to law.

    **IT IS SO ORDERED**.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on June 11, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

U.S. Magistrate Judge Richardson

U.S. Magistrate Judge Spaulding