

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 6:13-cv-1147-Orl-37KRS |
| **DEFENDANT** 2003 Socata TBM 700 Bearing U.S. Registration N6720Y | **TYPE OF PROCESS** Disposal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**
Nicole M. Andrejko, AUSA
400 West Washington Street, Ste. 3100
Orlando, FL 32801

NUMBER OF PROCESS TO BE SERVED IN THIS CASE

NUMBER OF PARTIES TO BE SERVED IN THIS CASE

CHECK BOX IF SERVICE IS ON USA

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)
Please sell the aircraft per the attached Default Judgment of Forfeiture.

Cats. No. 13-ICE-001431

Signature of Attorney or other Originator requesting service on behalf of ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NO. 407-648-7500
DATE 06/16/2014

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number Of process indicated | District of Origin No.____ | District to Serve No.____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

☐ A person of suitable age and discretion then residing In the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 4-10-15
TIME OF SERVICE: 12:30 ☐ AM ☒ PM

SIGNATURE, TITLE AND TREASURY AGENCY

**REMARKS:**
The A/C sold on 12/1/14 for $952,000
20131816000023 01

TD F 90-22.48 (6/96)